## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

DETINA EATON
ADC # 707841                                                                                    PLAINTIFF

                                    1:07CV00042 WRW (lead)
V.                                  1:07CV00043 WRW
                                    1:07CV00058 WRW

MAPLES *et al.*                                                                                 DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.   Defendants's Motion to Dismiss (docket entry #75) is GRANTED, and Plaintiff's claims against Defendants Jones and Pope are DISMISSED WITH PREJUDICE; and

2.    Plaintiff's claims against the John and Jane Doe Defendant members of the Arkansas Department of Correction Sex Offender Screening and Risk Assessment Group are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief can be granted.

DATED this 21st day of August, 2008.

                                                      /s/ Wm. R. Wilson, Jr._____
                                                      UNITED STATES DISTRICT JUDGE