**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

DETINA EATON
ADC # 707841                                                                                      PLAINTIFF

                               1:07CV00042 WRW (lead)
V.                           1:07CV00043 WRW
                               1:07CV00058WRW

MAPLES *et al.*                                                                 DEFENDANTS

**JUDGMENT**

      Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

      DATED this 21st day of August, 2008.


                                                                        /s/ Wm. R. Wilson, Jr.
                                                                        UNITED STATES DISTRICT JUDGE